**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

INTELLECTUAL VENTURES II, LLC.

        Plaintiff,

        v.

SUNTRUST BANKS, INC., ET AL.

        Defendants.

_____/

No. 3:14-mc-80206-EMC (EDL)

NOTICE OF REFERENCE, TIME
AND PLACE OF HEARING

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter has been referred to Chief Magistrate Judge Elizabeth Laporte for all discovery purposes.

The hearing on Plaintiff's motion to compel (dkt. #1) has been set for August 19, 2014, at 9:00 a.m., in Courtroom E, 15th Floor, Federal Building, 450 Golden Gate Avenue,  San Francisco, California, 94102.  The briefing schedule as set by Local Rule 7-3 shall remain unchanged.

LAW AND MOTION HEARING PROCEDURES

All filings of documents relating to motions referred to Magistrate Judge Laporte shall list the civil case number and the District Court Judge's initials followed by the designation "(EDL)".

Except as noted above, all documents shall be filed in compliance with Civil Local Rules 7-2 through 7-5.  Documents not filed in compliance with those rules will not be considered by the Court.

 If documents are filed electronically, courtesy copies shall be provided in accordance with Civil Local Rule 5-1(e)(7).

Any party seeking an award of attorney's fees or other expenses in connection with this motion shall file a motion in accordance with Civil Local Rule 37-3.

Dated:  July 14, 2014

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge